**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| WILLIAM BROWN, JR., | : | Civil Action No. 03-4154 (JAG) |
| Petitioner, | : | |
| v. | : | **ORDER** |
| ROY L. HENDRICKS, | : | |
| Respondent. | : | CLOSED |

For the reasons set forth in the Opinion filed herewith,

It is on this 31st day of May, 2005,

ORDERED that Respondents' motion to dismiss the Petition is GRANTED; and

IT IS FURTHER ORDERED that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is DISMISSED as time-barred; and

IT IS FURTHER ORDERED that the Court denies a certificate of appealability pursuant to 28 U.S.C. § 2253(c); and

IT IS FINALLY ORDERED that the Clerk shall serve copies of this Order and the accompanying Opinion by regular mail upon the parties, and shall close the file.

_____
JOSEPH A. GREENAWAY, JR., U.S.D.J.